**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NADEGE CARINE DONGMEZA DONGMO, <br><br>            Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br>            Respondent. | No. 09-73164 <br><br> Agency No. A098-448-362 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before:     SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Nadege Carine Dongmeza Dongmo, a native and citizen of Cameroon,

petitions pro se for review of the Board of Immigration Appeals' order dismissing

her appeal from an immigration judge's ("IJ") decision denying her application for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings, *Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on the discrepancies between Dongmo's declaration and her testimony regarding when she first noticed the cars following her and her mother, and how long she lived in hiding with her grandmother after the accident. *See Pal v. INS*, 204 F.3d 935, 938 (9th Cir. 2000). In the absence of credible testimony, Dongmo's asylum and withholding of removal claims fail. *See Farah*, 348 F.3d at 1156.

Because Dongmo's CAT claim is based on the same evidence the agency found not credible, and she points to no other evidence showing it is more likely than not she will be tortured if returned to Cameroon, her CAT claim also fails. *See id.* at 1156-57.

In light of our order dated March 11, 2010, Dongmo's request for a stay of removal is moot.

**PETITION FOR REVIEW DENIED.**